# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ERIN JACKSON CARTER

VERSUS

LOUIS CARTER, III

NO.  2023 CW 0161

**JULY 24, 2023**

---

In Re:    Erin Jackson Carter, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20220001699.

---

**BEFORE:    McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**REFERRAL TO APPEAL PANEL RECALLED; STAY DENIED; WRIT GRANTED.**     A trial court may order a petitioner who seeks protection from abuse under the Domestic Abuse Assistance Act to pay court costs and attorneys' fees if the trial court finds the petition frivolous.  La. R.S. 46:2136.1(B).  Prior to assessing the court costs against the petitioner in this case, the trial court did not make an explicit finding of frivolity and there is no evidence of record demonstrating the petition was frivolous. Accordingly, the trial court abused its discretion in ordering plaintiff to pay the costs of the proceeding.  See **Lassair on Behalf of T.P.J. v. Paul**, 2022-0320 (La. App. 4th Cir. 12/14/20), 353 So.3d 1048.  We hereby reverse the trial court's October 27, 2022 order assessing all costs of this matter to Erin Jackson Carter.

                              **PMc**
                              **HG**

     **Holdridge, J.**, concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT